FILED
MAY 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Jorge SANCHEZ-Rodriguez, Defendant. | Mag. Case No. '08 MJ 8469<br>COMPLAINT FOR VIOLATION OF<br>Title 8, U.S.C., Section 1326<br>Deported Alien Found In the United States |

The undersigned complainant being duly sworn states:

On or about May 22, 2008, within the Southern District of California, defendant Jorge SANCHEZ-Rodriguez, an alien, who previously had been excluded, deported or removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 27th DAY OF MAY 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

I, Senior Border Patrol Agent Mikuski declare under penalty of Perjury, the following is true and correct:

# PROBABLE CAUSE STATEMENT

The complaint states that this complaint is based upon statements in the investigative reports by Border Patrol Agent K. Croft that on May 22, 2008, the defendant, Jorge SANCHEZ-Rodriguez, a native and citizen of Mexico, was found in the United States in violation of law.

On May 22, 2008, at approximately 1:00 p.m. while performing their assigned Border Patrol Duties, Agent J. Escalante and Agent W. Penhallegon encountered an individual, later identified as Jorge SANCHEZ-Rodriguez, at the residence of 361 Magnolia Street, El Centro, California. As the Agent's approached SANCHEZ they identified themselves and questioned him. It was determined that SANCHEZ is a citizen of Mexico illegally in the United States. SANCHEZ was arrested and transported to the Imperial California Border Patrol Station.

At the station a record check of SANCHEZ revealed he has been previously removed from the United States on May 19, 2008. Further record checks of SANCHEZ revealed he has an extensive criminal history.

There is no evidence SANCHEZ has sought or received permission from the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-enter the United States after being deported

Executed on May 24, 2008, at 9:00 AM.

Michael Mikuski
Senior Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page, I find Probable Cause to believe that the defendant named in this probable cause statement committed the offense on May 22, 2008 in violation of Title 8, United States Code, 1326

Honorable Jan M Adler
United States Magistrate Judge

5/24/08 @ 12:07 p.m.
Date/Time